ALEX G. TSE (CABN 152348)
Acting United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

JOSEPH M. ALIOTO JR. (CABN 215544)
Assistant United States Attorney

  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102-3495
  Telephone: (415) 436-7200
  FAX: (415) 436-7234
  Joseph.Alioto@usdoj.gov

Attorneys for United States of America

**FILED**
OCT 10 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 18 0495 |
| Plaintiff, | |
| v. | MOTION TO SEAL AND [PROPOSED] ORDER |
| HARRY HU, | |
| Defendant. | |

The United States hereby moves the Court for an order sealing this Motion to Seal, the Information, Notice of Related Cases, Plea Agreement, and this Sealing Order. The Information and Notice of Related Cases contain references to Mark Ma, an unindicted co-conspirator. The United States has reason to believe the Grand Jury will return a Third Superseding Indictment against Ma on October 11, 2018, charging him with the same conspiracy charged in the above-captioned case, Conspiracy to Defraud the United States in violation of Title 18, United States Code, Section 371. In order to protect Ma's privacy until the charge is returned against him, the government requests the Information, Notice of Related Cases, and plea agreement in the above-captioned case be sealed until

MOTION AND [PROPOSED] ORDER SEALING INFORMATION

1  the return, if any, of a Third Superseding Indictment in *United States v. Ma*, 15-CR-529 CRB, charging
2  him with a violation of Title 18, United States Code, Section 371.

5  DATED: October 10, 2018                    Respectfully submitted,

                                                ALEX G. TSE
                                                Acting United States Attorney

                                                /s/ Joseph M. Alioto Jr.
                                                JOSEPH M. ALIOTO JR.
                                                Assistant United States Attorney

# [PROPOSED] ORDER

On motion of the United States and good cause appearing, IT IS HEREBY ORDERED that the government's Motion to Seal, Information, Notice of Related Cases, Plea Agreement, and this Sealing Order be sealed. The Information, the Motion to Seal, the Plea Agreement, and this Sealing Order shall be unsealed immediately upon the return of a Third Superseding Indictment, if any, in *United States v. Ma*, 15-CR-529 CRB that charges the defendant in that case with Conspiracy to Defraud the United States in violation of Title 18, United States Code, Section 371.

IT IS SO ORDERED.

DATED: October 10, 2018

_____
HON. JOSEPH C. SPERO
United States Magistrate Judge