| | |
|---|---|
| 1 | ALEX G. TSE (CABN 152348)<br>United States Attorney |
| 2 | |
| 3 | BARBARA J. VALLIERE (DCBN 439353)<br>Chief, Criminal Division |
| 4 | JOSEPH M. ALIOTO JR. (CABN 215544)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495<br>Telephone: (415) 436-7200 |
| 7 | Joseph.Alioto@usdoj.gov |
| 8 | Attorneys for United States of America |

FILED
OCT 10 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 15-CR-529 CRB |
| Plaintiff, | ) | |
| | ) | [FILED NOVEMBER 12, 2015] |
| v. | ) | |
| WING WO MA, | ) | |
| Defendant. | ) | |
| | | |
| UNITED STATES OF AMERICA, | ) | NO. CR 18 0495 |
| Plaintiff, | ) | |
| | ) | [FILED OCTOBER 10, 2018] |
| v. | ) | |
| | ) | NOTICE OF RELATED CASE IN A CRIMINAL ACTION |
| HARRY HU, | ) | |
| Defendant. | ) | |

The United States of America, pursuant to Local Criminal Rule 8-1, hereby notifies the Court that the two above-captioned criminal cases are related. Both cases charge (or are anticipated to charge) the same conspiracy to commit bribery and honest services fraud. In *United States v. Ma*, the government anticipates the Grand Jury will return an indictment this week charging the defendant with crimes related to his payment of bribes to the defendant in *United States v. Hu*, who agreed to perform official

NOTICE OF RELATED CASES
U.S. v. HARRY HU                                                                                               v. 7/10/2018

acts in return for the bribes.  Moreover, the defendant in *United States v. Hu* is expected to provide testimony in the trial of *United States v. Ma* pursuant to a cooperation agreement with the United States.  The Court's familiarity with Hu's testimony at the Ma trial will be important in evaluating Hu's ultimate sentence.  Based upon these facts, the cases are related within the meaning of Local Rule 8-1(b)(1) because they involve the same defendants and the same events and occurrences.  Furthermore, the cases are related within the meaning of Local Rule 8-1(b)(2) because, if heard by separate judges, the actions likely would involve substantial duplication of labor by the two judges.

Per the requirement of Local Criminal Rule 8-1(c)(4), government counsel states that assignment of these cases to a single judge is likely to conserve judicial resources and promote an efficient determination of each action.

DATED: October 10, 2018

Respectfully submitted,

ALEX G. TSE
United States Attorney

JOSEPH M. ALIOTO JR.
Assistant United States Attorney