AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. CR-18- 495-RS |
| HARRY HU | ) | |
| | ) | |
| Defendant | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____10/10/2018_____

**FILED**

OCT 1 0 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

MIRANDA KANE
*Printed name of defendant's attorney*

_____
*Judge's signature*

HON. JOSEPH C. SPERO
*Judge's printed name and title*

