# UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
### San Francisco Venue

## Report on Offender Under Supervision

**Name of Offender**  
Francis Paul Chick

**Docket Number**  
0971 3:16CR00179-001 CRB

**Name of Sentencing Judge:**   The Honorable Charles R. Breyer
Senior United States District Judge

**Date of Original Sentence:**   October 16, 2017

**Original Offense**
Counts One through Ten: Bank Fraud, 18 U.S.C. § 1344, Class B Felonies;
Count Eleven: Aggravated Identify Theft, 18 U.S.C. § 1028A, a Class E Felony

**Original Sentence:** 25 months custody; five years Supervised Release
**Special Conditions:**  $1,100 special assessment; $22, 573.23 restitution; reside at Jericho Project; no contact with victims; no position of fiduciary capacity; no new credit or debt; no alcohol; search; DNA

**Prior Form(s) 12:** None

**Type of Supervision**  
Supervised Release  
**Assistant U.S. Attorney**  
Shailika Kotiya

**Date Supervision Commenced**  
January 31, 2019  
**Defense Counsel**  
Edwin Prather (Appointed)

### Petitioning the Court to Take Judicial Notice

The Probation Office submits this request to the Court to consider Mr. Chick for early termination of supervision.

### Cause

On February 10, 2019, Mr. Chick passed away as a result of a massive heart attack that he had suffered a few days prior. I have since obtained a copy of the death certificate, which our office will retain for the file.  As Mr. Chick is now deceased, there will be no further action taken by our office and the case will be closed.

NDC-SUPV-FORM 12A  4/6/2015

**RE:**   Chick, Francis Paul 2
  0971 3:16CR00179-001 CRB

Based on the above, it is respectfully requested that his term of supervised release be early terminated.

Respectfully submitted,                                              Reviewed by:

_____                          
Jennifer Hutchings                                                     Aaron Tam
U.S. Probation Officer                                                 Supervisory U.S. Probation Officer
Date Signed: March 4, 2019

THE COURT ORDERS:

☒   The Court takes judicial notice and hereby grants early termination of supervision.

☐   Other:


_March 5, 2019_____          _____
Date                                                                    Charles R. Breyer
                                                                        Senior United States District Judge